ORDERED.

Dated: August 29, 2016

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No.: 6:09:bk-04377-CCJ

In re:

BRADLEY KIM BROWN
CYNTHIA J. BROWN,

    Debtor.

_____/

### ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the court for hearing on August 16, 2016 upon Debtors' Motion for Payment of Unclaimed Funds (Document No. 170) currently held in the Court's registry. Upon consideration and hearing argument of parties, the Court finds that the motion should be granted. It is therefore

ORDERED, as follows:

1. The motion is granted.

2. The Court's Financial Manager shall send to Bradley Kim Brown and Cynthia J. Brown, 1750 King Henry Drive, Kissimmee, Florida 34744, the sum of $9,115.06.

Laurie K. Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.